**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOSEPH EVAN YORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-835-BMJ |
| | ) |
| NANCY A. BERRYHILL, Deputy | ) |
| Commissioner for Operations of the | ) |
| Social Security Administration, performing | ) |
| the duties and functions not reserved to the | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant denying Plaintiff's application for disability insurance benefits is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 19th day of April, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE